No. PD-1102-15

BENITO GARZA                          §
    Appellant/Petitioner          §          IN THE COURT OF
                                  §
V.                                    §          CRIMINAL APPEALS
                                  §
THE STATE OF TEXAS                    §          OF TEXAS
    Appellee/Respondent           §

RECEIVED IN
COURT OF CRIMINAL APPEALS

PRO SE MOTION TO SUSPEND T.R.A.P. RULE 9.3(b)(1).

NUMBER OF COPIES

NOV 02 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Appellant/Petitioner pro se, and respectfully moves this Honorable Court to suspend T.R.A.P. Rule 9.3(b)(1) number of copies and allow the filing of the original only. And in support would show the following:

Appellant/Petitioner is incarcerated at the McConnell Unit in Beeville, TX. At this time, T.D.C.J.-ID does not provide copy services for offenders. Appellant/Petitioner has no outside help to obtain the number of copies required by Rule 9.3(b)(1). It is therefore impossible for Appellant/Petitioner to generate the number of copies required in a legible form.

WHEREFORE, PREMISES CONSIDERED, Appellant/Petitioner humbly prays this Honorable Court will GRANT this motion suspending Rule 9.3(b)(1) and allow the filing of one copy of the Original Petition for Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

Respectfully,

_Benito Garza_

Benito Garza #1957561
3001 S. Emily Dr.
Beeville, TX 78102

## CERTIFICATE OF SERVICE

The undersigned Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing motion to suspend TRAP Rule 9.3(b)(1) has been mailed to the District Attorney's Office U.S.mail, postage prepaid, at Paul Elizondo Tower, 101 W.Nueva St. San Antonio, TX 78205. And also a copy has been forwrded to the Office of the State Prosecuting Attorney, Attn.Lisa C.McMinn, P.O. Box 12405, Austin TX, 78711. On this 26 day of October, 2015.

Benito Garza